UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAURA D. WILCOX,

        Plaintiff,

v.                                                      Case No. 3:25-cv-850-JRK

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.
_____/

**O R D E R**

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 18; "Motion"), filed December 22, 2025, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1. Such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 18) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

>On remand, the Appeals Council will instruct the ALJ to obtain additional vocational evidence, offer Plaintiff a new hearing, take any further action necessary to complete the administrative record, and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on January 6, 2026.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record

2